NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOSEPH HARRIS, DOC #364597,        )
                                   )
            Appellant,             )
                                   )
v.                                 )        Case No. 2D18-3571
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____   )

Opinion filed July 12, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Neil A. Roddenbery,
Judge.

Joseph Harris, pro se.


PER CURIAM.


            Affirmed.


KHOUZAM, C.J., and LUCAS and ROTHSTEIN-YOUAKIM, JJ., Concur.